**Wayne ROBINSON, Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.**

**No. 01–1195.**

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 7, 2001.

Filed Nov. 26, 2001.

Before WOLLMAN, Chief Judge, BOWMAN, and LOKEN, Circuit Judges.

1. The Honorable Beverly Stiles Jones, United States Magistrate Judge for the Western District of Arkansas, to whom the case was re-

[UNPUBLISHED]

PER CURIAM.

Wayne Robinson appeals the district court's[1] decision affirming the Commissioner's denial of disability insurance benefits. We review the Commisioner's denial of benefits to determine whether it is supported by substantial evidence on the record as a whole, which includes new evidence submitted to the Appeals Council, *see Cunningham v. Apfel,* 222 F.3d 496, 500 (8th Cir.2000), but does not include the evidence Robinson seeks to submit with this appeal, *see Delrosa v. Sullivan,* 922 F.2d 480, 483–84 (8th Cir.1991) (refusing to consider new evidence submitted on appeal).

Based upon our careful review of the record, the judgment is affirmed. *See* 8th Cir. R. 47B.

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).